**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

VICTOR AHAIWE,

Plaintiff,

-against-

ESEREOSONOBRUGHUE JOY ONAODOWAN, ESQ.,

Defendant.

-------------------------------------------------------------X

25 **CIVIL** 10133 (LLS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 3, 2026, the Court construes Plaintiff's "Declaration/Affidavit of Victor Ahaiwe in Support of Plaintiff's Motion for Reconsideration, Revision of the September 16, 2026 Order, and First Amended Complaint" (ECF 17) as a motion for reconsideration of the Court's September 16, 2026 order, brought under Local Civil Rule 6.3, and as an amended complaint filed in response to that order. The Court has denied Plaintiff Local Civil Rule 6.3 reconsideration relief as untimely. The Court has also dismissed this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

**Dated:** New York, New York

November 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**